NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RAYMOND JOHN SUMMER-HAYES,<br><br>            Plaintiff. | No. C 10-02595 JF (PR)<br><br>ORDER OF DISMISSAL |

   Plaintiff, a state prisoner at the Santa Cruz Main Jail, filed a letter on June 11, 2010, opening this civil action. The clerk of the Court sent Plaintiff a notice stating that he had failed to attach a complaint or petition to his other pleadings. (Docket No. 2.) Plaintiff was advised that he must submit a complaint or petition within thirty days of the notice or face dismissal of the action. (Id.)

   The deadline has since passed, and Plaintiff has not filed a complaint or petition. Accordingly, this action is DISMISSED without prejudice.

   IT IS SO ORDERED.

DATED: 8/4/10

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.10\Summer-Hayes02595_dism.wpd          1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE RAYMOND JOHN SUMMER HAYES,

    Plaintiff.

Case Number: CV10-02595 JF

**CERTIFICATE OF SERVICE**

                                             /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   8/11/10  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond John Summer-Hayes S-233580
Santa Cruz Main Jail
259 Water Street
Santa Cruz, CA 95060

Dated:   8/11/10

                                                   Richard W. Wieking, Clerk